APPEAL No. 76-79. SARAH G. POLUMBO *v.* RALPH A. POLUMBO. This matter came on to be heard on a show cause order issued by this court on October 25, 1978.

No cause having been shown by the parties, the appeal in the above-entitled matter is dismissed. *Edward W. Moses*, for plaintiff. *Kirshenbaum & Kirshenbaum, Alfred Factor*, for defendant.

APPEAL No. 77-181. BURTON E. KELMAN *et al. v.* JOSEPH BEVILACQUA *et al.* This matter came on to be heard on a show cause order issued by this court on October 26, 1978.

No cause having been shown by the parties, the appeal in the above-entitled matter is dismissed. *Gerald A. Oster, Irving N. Espo*, for plaintiffs. *Julius C. Michaelson*, Attorney General, *Forrest L. Avila*, Special Assistant Attorney General, *Gerald C. DeMaria*, for defendants.

APPEAL No. 77-182. MARTIN, MAXINE AND ROBERT LEVENTHAL *v.* JOSEPH BEVILACQUA *et al.* This matter came on to be heard on a show cause order issued by this court on October 26, 1978.

No cause having been shown by the parties, the appeal in the above-entitled matter is dismissed. *Gerald A. Oster*, for plaintiffs. *Julius C. Michaelson*, Attorney General, *Forrest L. Avila*, Special Assistant Attorney General, for defendants.

APPEAL No. 77-432. VERONICA BARSOIAN *v.* JOHN BARSOIAN *et al.* This matter came on to be heard on a show cause order issued by this court on October 26, 1978.

No cause having been shown by the parties, the appeal in the above-entitled matter is dismissed. *Thomas W. Pearlman*, for plaintiff. *A. David Tammelleo*, for defendants.